ASH

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Tien-Van Tran,

Petitioner,

v.

N. Martinez, et al.,

Respondents.

No.   CV 26-01182-PHX-SPL (JFM)

**ORDER**

Petitioner filed a *pro se* Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus challenging his immigration detention pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001).  By Order dated February 24, 2026, the Court ordered Respondents to show cause for why the Petition should not be granted.  (Doc. 4).  Subsequently, counsel with the Federal Public Defender's Officer moved for appointment represent Petition in this matter.  By further order dated March 27, 2026, the Court granted the motion, and gave counsel an opportunity to file an amended petition.  (Doc. 15).  Counsel has now filed an amended petition (Doc. 17),[1] to which Respondents have replied.  (Doc. 20).  In their response, Respondents avow that Petitioner was scheduled to be removed from the United States on May 5, 2026.  (Doc. 20 at 2; Doc. 20-1 ¶¶ 6-7).  A review of the Immigrations and Customs Enforcement (ICE) Online Detainee Locator reflects that Petitioner is no longer in

---

[1] Counsel has also filed a Motion for Discovery (Doc. 16) and a Motion for Preliminary Injunction (Doc. 18).

custody.[2]  Accordingly, it appears that this action is now moot.  As such, the Court will dismiss the Amended Petition without prejudice.  If Petitioner has *not* been removed from custody, counsel shall file a Notice within three (3) days of this Order.

**IT IS ORDERED:**

(1)    The Amended Petition (Doc. 17) and this action are **dismissed** without prejudice as moot.

(2)    The Motion for Discovery (Doc. 16) and Motion for Preliminary Injunction (Doc. 18) are **denied** as moot.

(3)    The Clerk of Court must enter judgment accordingly and close this case.

Dated this 12th day of May, 2026.

Honorable Steven P. Logan
United States District Judge

---

[2] *Available at*: https://locator.ice.gov/odls/#/search

- 2 -